UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
LOUISE MOJELA,                                :
                                              :
                      Plaintiff,         :
       -against-                            :
                                              :       25-CV-05703 (VEC)
                                              :
INTERACTIVE BROKERS LLC                       :       ORDER
                                              :
                                              :
                     Defendant.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on July 10, 2025, Plaintiff filed a Complaint against Defendant Interactive Brokers LLC, in which she alleged that this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332. Compl., Dkt. 1, ¶ 7;

      WHEREAS "a limited liability company has the citizenship of its members." *See Jean-Louis v. Carrington Mortg. Servs., LLC*, 849 F. App'x 296, 298 (2d Cir. 2021);

      WHEREAS a complaint premised upon diversity of citizenship must allege the citizenship of natural persons who are members of an LLC and the place of incorporation and principal place of business of any corporate entities that are members of the LLC (including the citizenship of any members of the LLC that are themselves LLCs). *See Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51–52 (2d Cir. 2000);

      WHEREAS the Complaint alleges that Defendant Interactive Brokers LLC is a "a limited liability company organized under the laws of the state of Connecticut," Compl. ¶ 9, but does not allege the identity or citizenship of any of its members; and

      IT IS HEREBY ORDERED that, not later than **Friday, July 25, 2025**, Plaintiff must file an Amended Complaint alleging the identity and citizenship of each member of Defendant

Interactive Brokers LLC. Assuming the parties are diverse and this case is not dismissed for lack of subject matter jurisdiction, Plaintiff is reminded that she must serve the Amended Complaint upon Defendant.

**SO ORDERED.**

**Date:** **July 15, 2025**
       **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**