**ESSEKS INGOGLIA**

**Gene Ingoglia**
Office: 212-206-2501
eugene.ingoglia@esseksingoglia.com
www.esseksingoglia.com

<u>VIA ECF</u>

**MEMO ENDORSED**

Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2025

September 17, 2025

    Re:    *Mojela v. Interactive Brokers LLC* (25-cv-05703)

Dear Judge Caproni:

    We write on behalf of our client, Interactive Brokers LLC ("IBKR"), the defendant in the above-captioned matter, and pursuant to Sections 2(c) and 3(a) of Your Honor's Individual Practices in Civil Cases.

    The Initial Pre-Trial Conference in this action is currently scheduled for Friday, September 26, 2025, at 10:00 A.M. (ECF No.9). IBKR respectfully requests an adjournment of the Initial Pre-Trial Conference to Friday, October 3, 2025, or another Friday convenient for the Court. IBKR respectfully requests an adjournment of the Initial Pre-Trial Conference because counsel is due to appear before Judge Failla in a criminal matter at the same time.

    Plaintiff consents to the present request for an adjournment of the Initial Pre-Trial Conference. Counsel for all parties are available to attend an Initial Pre-Trial Conference on October 3, 2025, November 7, 2025, and November 14, 2025. This is the first request for an adjournment of the Initial Pre-Trial Conference.

    We thank the Court for considering this request.

Dated: September 17, 2025
New York, New York

        Respectfully submitted,

        /s/ Eugene Ingoglia

        Eugene Ingoglia
        Rebecca Ann Cecchini
        ESSEKS INGOGLIA
        350 Fifth Avenue, Ste. 5200
        New York, NY 10118
        Telephone: 212-206-2501
        Eugene.Ingoglia@esseksingoglia.com
        Rebecca.Cecchini@esseksingoglia.com

        *Counsel for Defendant Interactive Brokers LLC*

Application GRANTED.  The initial pretrial conference currently scheduled for September 26, 2025, is ADJOURNED to **Friday, November 7, 2025, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  The pre-conference joint letter is due **Thursday, October 30, 2025**.

SO ORDERED.

*[signature]*    9/18/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2